UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:10-M-1487-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Glenn Harkness** | ) | |

On December 7, 2010, Glenn Harkness appeared before the Honorable William A. Webb, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5), was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on April 6, 2011, the court finds as a fact that Glenn Harkness, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Possessing a controlled substance.
2. Leaving the judicial district without the permission of the court or probation officer.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 5 days.

**IT IS FURTHER ORDERED** that the defendant be allowed to voluntarily report to the designated institution on May 27, 2011, at 12:00 p.m. upon notification of the U.S. Marshal.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 6th day of April, 2011.

Robert B. Jones
U.S. Magistrate Judge